Liza M. Walsh
Mariel L. Belanger
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

Paul G. Karlsgodt (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 764-4013

Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500

*Attorneys for Defendant Valley Health System, Inc. (named as "Valley Health System, Inc. d/b/a The Valley Hospital, Inc., Valley Home Care, Inc., Valley Medical Group")*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, INC., d/b/a THE VALLEY HOSPITAL, INC., VALLEY HOME CARE, INC., VALLEY MEDICAL GROUP,<br><br>Defendant. | Civil Action No. 2:23-cv-00185 (EP-ESK)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Valley Health System, Inc., pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on October 24, 2023 (ECF No. 46) and its accompanying Opinion (ECF No. 45) that granted Plaintiff's Motion to Remand (ECF No. 31). The Order is final and jurisdiction in the United States Court of Appeals for the Third Circuit is proper under 28 U.S.C. §1447(d) and 28 U.S.C. § 1442.

Dated: November 16, 2023

**WALSH PIZZI O'REILLY FALANGA LLP**

*/s/ Liza M. Walsh*
Liza M. Walsh
Mariel L. Belanger
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: (973) 757-1100
Email: lwalsh@walsh.law
Email: mbelanger@walsh.law

**BAKER & HOSTETLER LLP**

Eric R. Fish
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T: (212) 589-4200
F: (212) 589-4201
Email: efish@bakerlaw.com

Paul G. Karlsgodt (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
T: (303) 764-4013
F: (303) 861-7805
Email: pkarlsgodt@bakerlaw.com

Elizabeth A. Scully (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
T: (202) 861-1500
F: (202) 861-1783
Email: escully@bakerlaw.com

*Attorneys for Defendant*
*Valley Health System, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2023, I will cause the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will serve the following counsel of record for Plaintiff:

Jason J. Rozger
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, New York 10005
jrozger@nyemployeelaw.com

Kevin Laukaitis
Laukaitis Law Firm LLC
737 Bainbridge Street, #155
Philadelphia, PA 19147
klaukaitis@ecf.courtdrive.com

*/s/ Liza M. Walsh*
Liza M. Walsh